# Exhibit A

## mark linkovich (PizzaHut Non-Req External Seeker Site)

65 prospect ave, lewiston, ME 04240 — linkovichm@yahoo.com — p: 207-240-5624

back to screen view

### Overview

### Assessment Results

Pizza Hut Initial Assessment

Back Of House

Front Of House

**Date Applied:**
Sunday, December 11, 2011 (2:41:20 PM)
**Position Applied For:**
Pizza Hut Delivery Driver
**Current Location:**
014296 - Lewiston, ME (875 Sabattus St) (Exclusive)
**How Did You Hear About This Job?**
Other
**Tax Credit Eligible:**
Not Screened
**Tax Credit Confirmation Code:**
**Application Method:**
Career Insite

### Availability

### Availability

|  | Mon | Tue | Wed | Thu | Fri | Sat | Sun |
|---|---|---|---|---|---|---|---|
| From: | Any Time | Any Time | Any Time | Any Time | Any Time | Any Time | Any Time |
| To: | Any Time | Any Time | Any Time | Any Time | Any Time | Any Time | Any Time |

**If hired, when would you be able to start?**
12/12/2011
**Work Preference:**
Full-Time or Part-Time

### Work History

**ricker hill orchards**
*August 2011 - November 2011*
**Job Title:**
seasonal farmhand
**City:**
turner
**State/Province:**
Maine
**Country:**
United States of America
**Phone Number:**
207-225-2662
**Supervisor's First Name:**
harry
**Supervisor's Last Name:**
ricker
**Description of Responsibilities:**
apple picking, and apple crate construction, and repairs
**Please list your current rate of pay. If not currently employed, list your most recent/last rate of pay (ex $8.00 or $25,000)?:**
10.25 per hour
**May We Contact This Employer?:**
Yes

file://D:\wsc\jobapps\work\mark_linkovich.1.html                                                         12/16/2011

**Reason for Leaving This Employer:**
Laid Off

## Education

**Issuing Authority:**
state of maine
**School Type:**
GED
**City:**
lewiston
**State:**
maine

## References

jeff brooks
**Phone:**
207-751-9727
**Company Name:**
bath iron works
**Relationship:**
Current or former manager/supervisor
**How many years have you known this person:**
5 or more years but less than 10 years

richard robert
**Phone:**
207-784-4339
**Company Name:**
modern woodcrafts
**Relationship:**
Current or former coworker
**How many years have you known this person:**
5 or more years but less than 10 years

## Additional Info
**ADP**
**WOTC**

## Availability

What is your desired rate of pay?   any

## Other Information About Yourself

Have you ever been convicted of, or pled guilty, no contest or nolo contendere to a crime involving, in any way, violence, sex, indecency, stalking, minors, theft, property damage, weapons, dishonesty, fraud, robbery, burglary, or drugs?*   Statement viewed

* Crimes include felonies and misdemeanors only, not infractions or summary offenses. You should not respond 'Yes' as a result of any conviction that has been judicially sealed, impounded, annulled, expunged, erased, statutorily eradicated, dismissed by a First Offender's statute, or pardoned by the Governor. Conviction of a crime will not necessarily disqualify you from consideration for employment and will be considered only as it relates to the job in question.   Statement viewed

ANSWER:   No

Are you currently charged with a crime involving, in any way, violence, sex, indecency, stalking, minors, theft, property damage, weapons, dishonesty, fraud, robbery, burglary, or drugs for which you have not been convicted or that has not been dismissed or otherwise resolved? Do not include charges that have been judicially sealed, impounded, annulled, expunged, erased, statutorily eradicated, dismissed by a First Offender's statute, or pardoned by the Governor.   Statement viewed

ANSWER:   No

## Terms and Conditions

file://D:\wsc\jobapps\work\mark_linkovich.1.html                                    12/16/2011

| | |
|---|---|
| I hereby certify and affirm that the information provided in connection with the application process is true, accurate and complete, and that I have withheld nothing that would, if disclosed, affect this application unfavorably. | Statement viewed |
| *Nature of my Employment.* If I am hired by Pizza Hut, I agree that I will be an at-will employee, which means that either I or Pizza Hut may end my employment at any time, with or without cause or notice. I agree that no written materials or verbal statements by Pizza Hut will constitute an expressed or implied contract of continued employment and that this at-will relationship can only be modified in writing by Pizza Hut's President. I agree that, if hired, I will obey Pizza Hut's rules, including treating confidentially any information I learn during my employment. | Statement viewed |
| *My Participation in Pizza Hut's Drug Free Environment.* I am not a current user of illegal drugs, and I agree I will never work under the influence of drugs or alcohol. | Statement viewed |
| *Agreement to Arbitrate.* Because of the delay and expense of the court systems, Pizza Hut and I agree to use confidential binding arbitration, instead of going to court, for any claims that arise between me and Pizza Hut, its related companies, and/or their current or former employees. Without limitation, such claims would include any concerning compensation, employment (including, but not limited to, any claims concerning sexual harassment or discrimination), or termination of employment. Before arbitration, I agree: (i) first to present any such claims in full written detail to Pizza Hut; (ii) next, to complete any Pizza Hut internal review process; and (iii) finally, to complete any external administrative remedy (such as with the Equal Employment Opportunity Commission or National Labor Relations Board). | Statement viewed |
| In any arbitration, the then prevailing employment dispute resolution rules of the American Arbitration Association will apply, except that Pizza Hut will pay the arbitrator's fees, and Pizza Hut will pay that portion of the arbitration filing fee in excess of the similar court filing fee had I gone to court. | Statement viewed |
| I hereby authorize Pizza Hut to investigate all information pertinent to my application for employment in order to determine my qualifications for employment, which may include contacting former and/or current employers or any other person or entity. I hereby authorize all persons and entities having information relevant to my application to provide that information to Pizza Hut. I understand that any offer of employment may be rescinded or my employment terminated if my references are inadequate or unacceptable to Pizza Hut, or if I violate any of the provisions of this Certification. | Statement viewed |
| I understand that any omission, misrepresentation, or falsification in connection with this application process may be grounds for denial of employment or, if hired, immediate termination of employment. I further understand that if I am hired by Pizza Hut, I must abide by all the rules and policies of Pizza Hut which, other than the at-will employment policy, may be changed without notice at the direction of Pizza Hut. | I understand and agree to the terms outlined above. |

### Yum Driver's License - June 2009

| | |
|---|---|
| The position you are applying for requires a driver's license. If you do not have a valid driver's license and wish to continue with this application, you should exit and apply for a different position. | Statement viewed |
| Do you currently possess a valid Driver's License? | *This response may have been collected as part of hiring process for legal reasons.*<br><br>Yes |
| Please indicate the state and license number. | *This response may have been collected as part of hiring process for legal reasons.*<br><br>Statement viewed |
| Expiration Date: | *This response may have been collected as part of hiring process for legal reasons.*<br><br>1/14/2014 |
| State: | *This response may have been collected as part of hiring process for legal reasons.*<br><br>maine |
| Number: | *This response may have been collected as part of hiring process for legal reasons.*<br><br>2621287 |
| License Type: | *This response may have been collected as part of hiring process for* |

file://D:\wsc\jobapps\work\mark_linkovich.1.html     12/16/2011

mark linkovich

Page 4 of 4

Restrictions:

legal reasons.

CDL

*This response may have been collected as part of hiring process for legal reasons.*

## PERSONS UNDER 13 SHOULD NOT APPLY ON THIS SITE

**Pre-Application Disclosures**

SHOULD YOU HAVE A NEED, PIZZA HUT WILL PROVIDE A REASONABLE ACCOMMODATION TO COMPLETE THE APPLICATION UPON REQUEST BY CONTACTING THE PIZZA HUT LOCATION NEAREST YOU.

The application process will take between 30 and 40 minutes depending on the position for which you are applying.

I understand that many of Pizza Hut's restaurants are independently owned and operated by franchisees and licensees. I also understand and agree that I may be applying to a franchised or licensed location and, if so, my application will be reviewed by the franchisee or licensee, who will make any hiring decisions. I further understand and agree that the information I provide in this application may be shared with Pizza Hut's sister brands, including Long John Silver's, Taco Bell, KFC and A&W, and their independent franchisees and licensees. In that case, they will independently review your application and be responsible for any hiring decisions. I further acknowledge and accept that any agreements made as part of this application process will be between me and the relevant franchisee, licensee or brand company.

Throughout this application, the term "Company" or "Pizza Hut" refers to the entity reviewing your application and making any hiring decisions.

This application contains a number of disclosures and consent forms which usually are provided in written form. I understand that I have the right to receive such disclosures and give my consent or authorization on paper instead of electronically. Further, I understand that I have the opportunity to perform this application process offline through a paper process at a Pizza Hut location. However, by submitting this electronic application, I consent to apply for employment electronically and acknowledge that all other agreements and transactions described herein may be conducted electronically. I understand that I have the right to withdraw my consent, and can do so by notifying the hiring manager or person in charge at one of the locations to which I am applying. I can also use this procedure (notifying the hiring manager or person in charge at one of the locations to which I am applying) to update information needed to contact me. If I decide at any point during this application process to withdraw my consent to engage in electronic transactions, I understand that I will have to sign corresponding paper authorization or consent forms as needed if I wish to continue with the application. I understand that any consent given here applies only to the electronic transactions related to this job application, and that I can access the electronic records by contacting Pizza Hut. I further understand that I may request a paper copy of any consent or authorization I give electronically. I may receive such paper copies at no cost within the next 2 years by contacting Kronos at 1-800-338-6321 or hiringhelpdesk@kronos.com

I consent to receive and respond to notices in electronic form and I agree to the terms above along with YumR€™s Terms of Use / Privacy Policy and KronosR€™ Privacy Policy

This Site provides you with the opportunity to submit your r3☐sum3☐, application or other information to us in order for you to be considered for a position with the Company. If you submit personal information for such purposes, you agree that Company and its service providers, including Kronos Incorporated, may evaluate or process the provided information for the purpose of evaluating your experience and qualifications as they relate to potential employment opportunities with Company. If you reside outside of the United States and apply for a position through this Site, you are consenting to the transfer, processing, and storage of your provided information on central servers in the United States or to be sent to individuals in the United States for the purpose of evaluating your experience and qualifications as they relate to potential employment opportunities with Company. Further, Company may contact you regarding any positions for which you have applied or which Company believes you may be qualified and or are interested.

Pizza Hut is an Equal Opportunity Employer. Applications for all job openings are welcome and will be considered without regard to race, gender, age, national origin, color, religion, disability, sexual orientation, marital status, veteran status, or any other basis protected by applicable federal, state, or local law.

file://D:\wsc\jobapps\work\mark_linkovich.1.html

12/16/2011